## THE UNITED STATES OF AMERICA

| Receipt | | NOTICE DATE |
|---|---|---|
| | | December 13, 2004 |
| **CASE TYPE** | | **INS A#** |
| N400 Application For Naturalization | | A 071 077 361 |
| **APPLICATION NUMBER** | **RECEIVED DATE** | **PRIORITY DATE** | **PAGE** |
| ESC*001342157 | December 06, 2004 | December 06, 2004 | 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

ALEKSANDR GRIGORYEVICH ZASLAVSKIY
140 WEST 80TH STREET APT 5
NEW YORK NY 10024

**PAYMENT INFORMATION:**

Single Application Fee: $390.00
Total Amount Received: $390.00
Total Balance Due: $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:   March 29, 1974
Address Where You Live:   140 WEST 80TH STREET APT 5
                         NEW YORK NY 10024

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact out office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

ESC*001315115



Form I-797C (Rev. 11/28/03) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#: 71 077 361

On __10-7-05__, you were interviewed by USCIS officer __Fields__

[x] You passed the tests of English and U.S. history and government.

[ ] You passed the tests of U.S. history and government and the English language requirement was waived.

[ ] USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

[ ] You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write _____ English.

[ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.

[ ] Please follow the instructions on Form N-14.

[ ] USCIS will send you a written decision about your application.

[ ] You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) __X__ A decision cannot yet be made about your application.

It is very important that you:

[x] Notify USCIS if you change your address

[x] Come to any scheduled interview.

[x] Submit all requested documents.

[x] Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

[x] Go to any Oath Ceremony that you are scheduled to attend.

[x] Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

Form N-652 (Rev. 01/14/05)N



**U.S. Department of Homeland Security**

Citizenship and Naturalization Service

March 27, 2006

26 Federal Plaza
New York, NY 10278

Re: A 71077361

Dear Mr. Zaslavskiy,

This will acknowledge receipt of your inquiry dated March 27, 2006 regarding the status of your application for naturalization.

Please be advised that your application is pending receipt for security checks. Upon receipt of all security checks, a decision will be made on your application for naturalization.

We hope the information provided is helpful. Thank you for your patience and cooperation in this matter.

Sincerely,

Julissa Pabon
Immigration Information Officer
Naturalization
New York District