

**Department of Homeland Security**
**Citizenship and Immigration Services**

A071 077 361

26 *Federal Plaza*
*New York, NY 10278*

October 5, 2006

**Hand Delivered**

Aleksander Zaslavskiy

Dear Applicant:

This will acknowledge receipt of your inquiry dated October 5, 2006 regarding the status of your application for naturalization.

Please be advised that your application is pending receipt for security checks. Upon receipt of all security checks, a decision will be made on your application for naturalization.

We hope the information provided is helpful. Thank you for your patience and cooperation in this matter.

Sincerely,

G.Hadera
Immigration Information Officer
Naturalization Section
New York District



**Department of Homeland Security**
**Citizenship and Immigration Services**

*A71 077 361*

*26 Federal Plaza*
*New York, NY 10278*

*February 27, 2007*

**Aleksandr Zaslavskiy**
**310 West 72nd Street PH2**
**New York, NY, 10023**

Dear Applicant:

This will acknowledge receipt of your inquiry dated February 27, 2007 regarding the status of your application for naturalization.

Please be advised that your application is **pending receipt for security checks.** Upon receipt of all security checks, a decision will be made on your application for naturalization.

We hope the information provided is helpful. Thank you for your patience and cooperation in this matter.

Sincerely,

C. Hernandez
Immigration Information Officer
Citizenship and Immigration Services
Naturalization Section
New York District



# HOMELAND SECURITY
## U.S. Citizenship & Immigration Services

### Fingerprint Notification

BIOMETRICS PROCESSING STAMP
ASC SITE CODE: _____
BIOMETRICS QA REVIEW BY: _____
ON _____
TEMPRINTS QA REVIEW BY: _____
ON _____

ALEKSANDR ZASLAVSKIY
310 WEST 72ND PH2
NEW YORK        NY        10023

Date: 03/22/07
A Number: 071 077 361
D.O.B. 03/29/1974

Dear Applicant:

To continue processing your N-400 application, INS must send your fingerprints to the Federal Bureau of Investigation. If you were between the ages of 14 and 75 at the time of filing, you must have your fingerprints taken at an INS Application Support Center (ASC). You have been scheduled to be fingerprinted at the location listed below:

**Address**
United States Citizenship and Immigration Services
201 Varick Street - 10TH Floor
New York, New York 10014

**Hours of Operation**
Saturday & Sunday        Closed
Monday- Friday           8am- 1pm
Also closed on Federal Holidays

**You are scheduled to be fingerprinted on        March 20, 2007**

If you can not go to the INS ASC on your scheduled day, you may go on any Wednesday after your scheduled day, as long as you have your fingerprints taken within 87 days from the date of this notice. If you do not have your fingerprints taken within that period, your application or petition may be considered abandoned and denied. Please do not appear before your scheduled date.

When you go to have your fingerprints taken, you must bring:
1) This letter; and
2) Your Alien Registration Card (ARC). If you do not have your ARC, you must bring alternative photo identification such as passport, valid driver's license, national ID, State-issued photo ID, or other INS-issued photo ID.

Please be reminded that you must bring this letter and proper photo identification mentioned above to have your fingerprints taken, without them the INS ASC will not take your fingerprints. This will delay in the processing of your application.

Please inform the office listed below immediately of any address change.

U.S. Immigration & Naturalization Service
26 Federal Plaza / 7th Floor
New York, NY 10278
Natz. Section