STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss.:

David G. Katona, being duly sworn, deposes and says:

That deponent is not a party to this action, is over 18 years of age, and resides at New York, New York.

That on the 26th day of April, 2007, deponent served:

SUMMONS
COMPLAINT FOR WRIT OF MANDAMUS

by certified mail, addressed to the parties as indicated below:

US Attorney's Office – Southern District
Attn: Civil Process Clerk
One St. Andrews Plaza
New York, NY 10007

Attorney General Alberto Gonzales
U.S. Dept of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Secretary Michael Chertoff,
Department of Homeland Security
Office of the General Counsel
United States Department of Homeland Security
Washington, DC, 20258

Director Emilio Gonzales
U.S. Citizenship and Immigration Services
United States Department of Homeland Security
Office of the Chief Counsel
20 Massachusetts Avenue, N.W. Room 4025
Washington, D.C. 20536

Director Andrea Quarantillo
USCIS
Jacob Javits Federal Building
26 Federal Plaza
New York, NY 10278.

_____
David G. Katona

Sworn to before me this
26th day of April 2007

_____
NOTARY PUBLIC

TIKIMA MARSHALL
Notary Public, State of New York
No. 01MA6008569
Qualified in New York County
Commission Expires June 15, 2010