DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Aleksandr G. Zaslavskiy (A71-077-361)<br><br>    Plaintiff,<br><br>v.<br><br>ALBERTO GONZALES, Attorney General of the United States;<br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security;<br>EMILIO GONZALES, Director, U.S. Citizenship and Immigration Services;<br>ANDREA QUARANTILLO, Director, NY District, Citizenship and Immigration Services;<br><br>    Defendants. | No.: 07CV3298<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1), having not received an answer or a motion for summary judgment, Plaintiff, Aleksandr G. Zaslavskiy, voluntarily discontinues the above-entitled action and dismisses the complaint without prejudice.

Dated: June 7, 2007

            Respectfully submitted

            _____
            Samiya Mir
            David Katona
            Katona & Mir LLP
            49 West 37th St., 7th Floor
            New York, NY 10018
            (212) 944-1529
            Attorney for Plaintiff

SO ORDERED: _____ 6/12/07
HON. HAROLD BAER, JR.
U.S.D.J.